**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUNWAY LIQUIDATION HOLDINGS, LLC, *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 17-10466 (SCC)<br><br>(Jointly Administered) |
| RUNWAY LIQUIDATION, LLC,<br><br>                              Plaintiff,<br><br>      v.<br><br>D.H.L. AIRWAYS, INC. d/b/a DHL WORLDWIDE EXPRESS,<br><br>                              Defendant. | Adv. Proc. No. 19-01041 (SCC) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                              ) ss:
COUNTY OF NEW YORK  )

La Asia S. Canty, being duly sworn, affirms, deposes and says:

I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein.

On April 15, 2019, I caused the: (1) *Second Summons and Notice of Pretrial Conference in an Adversary Proceeding*; and (2) *Complaint For Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* to be served upon the parties listed on the Service

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

List attached hereto by: (i) First Class Mail; and (ii) by Certified Mail, Return Receipt Requested postage paid and deposited with the U.S. Postal Service.

                                                               */s/ La Asia S. Canty*  
                                                                   La Asia S. Canty

SWORN TO AND SUBSCRIBED before me this  
21st day of May, 2019

*/s/ G. Karen Brown*  
G. KAREN BROWN  
NOTARY PUBLIC, STATE OF NEW YORK  
Registration No. 01BR6159074  
Qualified in Queens County  
Commission Expires January 16, 2023

D.H.L. Airways, Inc. d/b/a DHL Worldwide Express
2609 Cabover Drive
Hanover, Maryland 21076

D.H.L. Airways, Inc. d/b/a
DHL Worldwide Express
Attn:  Joseph R. O'gorman, President
600 Hart Road, Suite 300A
Barrington, IL  60010

D.H.L. Airways, Inc.
d/b/a DHL Worldwide Express
Attn:  Deborah Kendrick, BK Analyst
16416 North Chase Drive
Houston, TX  77060

D.H.L. Express
16592 Collection Center
Chicago, IL 60693

The Corporation Trust Company
R/A for DHL Worldwide Express
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801