B 261C (12/09)

# UNITED STATES BANKRUPTCY COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| <u>Runway Liquidation Holdings, LLC,</u> | ) | |
| <u>et al.</u> | ) | Case No. 17-B-10466 (SCC) |
| *Debtor* | ) | |
| | ) | |
| <u>Runway Liquidation, LLC and David</u> | ) | |
| <u>MacGreevey, in his capacity as Plan</u> | ) | Chapter 11 |
| <u>Administrator</u> | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 19-1041 (SCC) |
| | ) | |
| <u>D.H.L. Airways, Inc. d/b/a DHL</u> | ) | |
| <u>Worldwide Express</u> | ) | BC 19,0041 |
| *Defendant* | ) | |

**DEFAULT JUDGMENT IN AN ADVERSARY PROCEEDING**

The court has ordered*:*

Judgment is entered against Defendant, D.H.L. Airways, Inc. d/b/a DHL Worldwide Express, in the amount of $98,163.30 plus judgment interest from the date of entry of judgment at the federal judgment rate until paid in full.

Date:  <u>October 8, 2019</u>                                                                <u>Vito Genna</u>
                                                                                                           Clerk of Court


                                                                                                           /s/ Anatin Rouzeau
                                                                                                              Deputy Clerk